SAO
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorneys for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

DEBORAH BURNETT-PIRRONE,

  Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,

  Defendants.

CASE NO.: 2:15-cv-00713 APG-CWH

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DEBORAH BURNETT-PIRRONE, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice,

1

1 with each of the parties to pay their own attorney fees and
2 costs herein incurred.
3     No Scheduling Order or Request for Trial Setting was filed
4 and no trial date has been set.

5 ~~JUNE~~ August 6th, 2015      JUNE____, 2015

6 TRAMEL LAW GROUP, LLC      RANALLI & ZANIEL, LLC

7

8 _____      _____
  MICHAELA E. TRAMEL, ESQ.      GEORGE M. RANALLI, ESQ.
9 Nevada Bar No.: 9466      Nevada Bar No.: 5748
  9480 S. Eastern Avenue      **JOHN W. KIRK, ESQ.**
10 Suite 257      Nevada Bar No. 4654
  Las Vegas, Nevada 89123      2400 W. Horizon Ridge Parkway
11 Attorney for Plaintiff      Henderson, Nevada 89052
                                    Attorney for Defendants

RANALLI & ZANIEL, LLC
2400 WEST HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

2

1  with each of the parties to pay their own attorney fees and
2  costs herein incurred.
3      No Scheduling Order or Request for Trial Setting was filed
4  and no trial date has been set.

5  JUNE____, 2015 [August 10]          ~~JUNE~~ ____, 2015

6  TRAMEL LAW GROUP, LLC                RANALLI & ZANIEL, LLC

7

                                        *John W. Kirk, Esq.*
8  _____             _____
   MICHAELA E. TRAMEL, ESQ.             GEORGE M. RANALLI, ESQ.
9  Nevada Bar No.: 9466                 Nevada Bar No.: 5748
   9480 S. Eastern Avenue               JOHN W. KIRK, ESQ.
10 Suite 257                            Nevada Bar No. 4654
   Las Vegas, Nevada 89123              2400 W. Horizon Ridge Parkway
11 Attorney for Plaintiff               Henderson, Nevada 89052
                                        Attorney for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

2

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff DEBORAH BURNETT-PIRRONE, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through counsel undersigned, and representation having been made that no Scheduling Order or Request for Trial Setting was filed and no trial date has been set.

Dated: August 10, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

RANALLI & ZANIEL, LLC

*John W. Kirk, Esq.*
_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No.: 5748
JOHN W. KIRK, ESQ.
Nevada Bar No. 4654
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052

3